## NCR CORPORATION, Plaintiff–
Appellant,

v.

PALM, INC., Defendant–Appellee,

and

Handspring, Inc., Defendant–Appellee.

No. 04–1093.

United States Court of Appeals,
Federal Circuit.

March 18, 2004.

Darryl M. Woo, Principal Attorney, Fenwick & West, Mountain View, CA, for Defendant–Appellee.

Steven Z. Szczepanski, Principal Attorney, Jenkens & Gilchrist, Bradley J. Hulbert, Principal Attorney, Sean M. Sullivan, of Counsel, McDonnell, Boehnen, Chicago, IL, for Defendant–Appellee.

## ORDER

The order of dismissal and the mandate dated March 12, 2004 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.